1  ERIC W. SWANIS, ESQ.
   Nevada Bar No. 6840
2  **GREENBERG TRAURIG, LLP**
3  10845 Griffith Peak Drive, Suite 600
   Las Vegas, Nevada 89135
4  Telephone: (702) 792-3773
   Facsimile:  (702) 792-9002
5  Email: swanise@gtlaw.com

6  *Counsel for Defendants*

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                         **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 10  DONALD MARTEL, Individually and O/B/O the Estate of SHIRLEY MARTEL, | CASE NO. 2:21-cv-00914-APG-BNW |
| 11 | |
| 12              Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 13       v. | |
| 14  C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC, | |
| 15 | |
| 16              Defendants. | |

17

18       Plaintiff Donald Martel ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral

19  Vascular Inc. (collectively, "Bard") (Plaintiff and Bard are collectively referred to herein as the

20  "Parties"), notify the Court that they have reached an agreement resolving Plaintiff's claims in this

21  lawsuit.  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties,

22  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                              1

as to Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., with each party to bear its own costs.

**IT IS SO STIPULATED.**

DATED this 28th day of May 2021.

| | |
|---|---|
| **BARON & BUDD, P.C.** | **GREENBERG TRAURIG, LLP** |
| By: */s/ Russell W. Budd* <br> RUSSELL W. BUDD, ESQ. <br> 3102 Oak Lawn Ave., Suite 1100 <br> Dallas, TX 75219 <br><br> *Counsel for Plaintiff* | By: */s/ Eric W. Swanis* <br> ERIC W. SWANIS, ESQ. <br> Nevada Bar No. 6840 <br> 10845 Griffith Peak Drive <br> Suite 600 <br> Las Vegas, Nevada 89135 <br><br> CHRISTOPHER NEUMANN, ESQ. <br> *Admitted Pro Hac Vice* <br> 1144 15th Street, Suite 3300 <br> Denver, Colorado 80202 <br> Email: neumannc@gtlaw.com <br><br> *Counsel for Defendants* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated this   1st   of   June   , 2021.

2

ACTIVE 57574214v1

# CERTIFICATE OF SERVICE

I hereby certify that on **May 28, 2021**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

I hereby certify that I have deposited a copy of the foregoing document deposited a copy in United States Postal Service to be delivered to the following non-ECF participants:

>Russell W. Budd
>Baron & Budd, P.C.
>3102 Oak Lawn Ave., Suite 110
>Dallas   TX  75219

>Sindhu Daniel
>Baron & Budd, P.C.
>3102 Oak Lawn Ave., Suite 110
>Dallas   TX  75219

***Attorneys for Plaintiff***

>        */s/ Shermielynn Irasga*
> An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002